JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
November 30, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE GORZELA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; DOES 1-50, Inclusive, <br><br> Defendants, | CASE NO. 2:16-cv-01648-SJO (FFMx) <br><br> **JUDGMENT** |

Defendant State Farm General Insurance Company's Motion for Summary Judgment was determined without oral argument on November 30, 2016; the Honorable S. James Otero, District Judge Presiding. The evidence having been fully presented and considered, the issues having been duly briefed and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing, that the action be dismissed on the merits and that defendant State Farm General Insurance Company recover its costs.

Dated: November 30, 2016

*S. James Otero*
_____
HONORABLE S. JAMES OTERO

---

JUDGMENT                                   2:16-cv-01648-SJO (FFMx)